E. BRYAN WILSON
Acting United States Attorney

DANIEL E. DOTY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99501
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: daniel.doty@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> vs.<br><br>ERIK HUDSON, a/k/a<br>"skairkrow420@gmail.com,"<br><br>      Defendant. | ) No. 4:21-cr-00017-RRB-SAO<br>)<br>) <u>COUNTS 1</u>:<br>) DISTRIBUTION OF CHILD<br>) PORNOGRAPHY<br>)  Vio. of 18 U.S.C. § 2252A(a)(2), (b)<br>)<br>) <u>COUNTS 2 - 3</u>:<br>) POSSESSION OF CHILD<br>) PORNOGRAPHY<br>)  Vio. of 18 U.S.C. § 2252A(a)(5)(B)<br>) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about June 26, 2020, within the District of Alaska, the defendant, ERIK

HUDSON, a/k/a "skairkrow420@gmail.com," knowingly distributed any child

pornography, as defined in 18 U.S.C. § 2256(8)(A), using any means or facility of interstate and foreign commerce, including by computer, to wit: HUDSON sent child pornography to PERSON 1 via Facebook Messenger.

All of which is in violation of 18 U.S.C. § 2252A(a)(2), (b).

## COUNT 2

On or about January 14, 2021, within the District of Alaska, the defendant, ERIK HUDSON, a/k/a "skairkrow420@gmail.com," knowingly possessed any material containing an image of child pornography, as defined in 18 U.S.C. § 2256(8)(A), that has been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, to wit: HUDSON possessed digital files of child pornography in his Google Drive account, *skairkrow420@gmail.com*.

All of which is in violation of 18 U.S.C. § 2252A(a)(5)(B).

## COUNT 3

On or about April 28, 2021, within the District of Alaska, the defendant, ERIK HUDSON, a/k/a "skairkrow420@gmail.com," knowingly possessed any material containing an image of child pornography, as defined in 18 U.S.C. § 2256(8)(A), that has been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means,

including by computer to wit: HUDSON possessed digital files of child pornography on his Android cell phone.

All of which is in violation of 18 U.S.C. § 2252A(a)(5)(B).

A TRUE BILL.

s/ Grand Jury Foreperson<br>GRAND JURY FOREPERSON

s/ Kyle Reardon for
DANIEL E. DOTY
Assistant U.S. Attorney
United States of America


s/ Christina Sherman for
E. BRYAN WILSON
Acting United States Attorney
United States of America


DATE: September 21, 2021